IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JARED BARNES and
TIFFANY BARNES,

                                      ORDER

                Plaintiffs,

                                    07-cv-207-bbc

    v.

VICTOR A. STIBB and
ARLENE M. VAN BUREN,

                Defendants.

---

It is ORDERED that plaintiffs' motion to voluntarily dismiss this lawsuit is GRANTED.

Entered this 15th day of February, 2008.

                                      BY THE COURT:

                                      /s/

                                      STEPHEN L. CROCKER
                                      Magistrate Judge